**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MARK DOUGLAS HAMIL, SR.                    CIVIL ACTION NO. 15-2662

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

KEVIN BROWN, ET AL.                         MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 2), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against Trooper Kevin Brown and Sheriff Steve Prator are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted, and all claims against the State of Louisiana, the State of Louisiana's Department of Children and Family Services, that Department's Child Support Enforcement Section, that Department's Support Enforcement Services, and the State of Louisiana's Department of Motor Vehicles are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 24th day of February, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE